IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ADRIAN B. RILEY,<br><br>        Plaintiff,<br><br>v.<br><br>H. VAUGHN, Nurse, Wheeler Correctional Facility; PAT CLARK, Medical Director, Wheeler Correctional Facility; SHARON LEWIS, Medical Director, Georgia Department of Corrections; JOHN DOE, Medical Doctor, Savannah Memorial Hospital; JANE DOE, Medical Doctor, Savannah Memorial Hospital; DR. WYNN, Medical Doctor, St. Joseph's Memorial Hospital and Georgia State Prison; JOHN OR JANE DOE, Medical Director, Hays State Prison; JOHN OR JANE DOE, Medical Director, Autry State Prison; JOHN OR JANE DOE, Medical Director, Central State Prison; and ROY SABINE, Medical Director, Georgia State Prison,<br><br>        Defendants. | CIVIL ACTION NO.: 6:15-cv-29 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 22), to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and the Court **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's claims against all Defendants in their official capacities and **DENIES** Plaintiff's request for preliminary injunctive relief. Additionally, the Court **DISMISSES** all of Plaintiff's claims against the following Defendants: H. Vaughn,

Nurse, Wheeler Correctional Facility; Pat Clark, Medical Director, Wheeler Correctional Facility; Sharon Lewis, Medical Director, Georgia Department of Corrections; John Doe, Medical Doctor, Savannah Memorial Hospital; Jane Doe, Medical Doctor, Savannah Memorial Hospital; Dr. Wynn, Doctor, St. Joseph's Memorial Hospital and Georgia State Prison; Jane or John Doe, Medical Director, Hays State Prison; Jane or John Doe, Medical Director, Autry State Prison.

Plaintiff's claims shall proceed against Defendants Jane or John Doe, Medical Director of Central State Prison; and Roy Sabine, Medical Director of Georgia State Prison.

**SO ORDERED**, this _____ day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA